# United States District Court

Southern **DISTRICT OF** California

07 NOV -8 AM 9:17

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| In the Matter of the Search of |
|---|
| (Name, address or brief description of person or property to be searched) |
| Express Mail Parcel #EB451916865US addressed to C. Riley/Hewittson 708 Killian St Apt. #2 Atlanta GA 30312. The parcel has the return address information of Mr. Paterson 570 F ST Chula Vista CA 91910. |

**SEARCH WARRANT**

CASE NUMBER: **'07 MJ 2619**

TO: Kelly E. Cain, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Kelly E. Cain    who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail Parcel #EB451916865US addressed to C. Riley/Hewittson 708 Killian St Apt. #2 Atlanta GA 30312. The parcel has the return address information of Mr. Paterson 570 F ST Chula Vista CA 91910 which is in the custody of the U. S. Postal Inspection Service.

in the Southern    District of California    there is now
concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    11/17/07
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    **CATHY ANN BENCIVENGO**
                                                                        U. S. Judge or Magistrate
as required by law.

11/7/07 @ 3:30 pm             at    San Diego, CA
Date and Time Issued                 City and State

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**  U.S. Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Office

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/7/07 | 11/7/07 AT 4:15 PM | UNITED STATES POSTAL SERVICE |

**INVENTORY MADE IN THE PRESENCE OF**

POSTAL INSPECTORS KELLY CAIN AND KIM KELLY

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

EXPRESS MAIL PARCEL #EB451916865US WAS A BROWN CARDBOARD BOX WRAPPED IN BROWN PAPER AND CELLOPHANE. INSIDE THE BOX WERE (2) BUNDLES OF MARIJUANA WEIGHING 3543.2 GRAMS AND NEWSPAPER WRAPPINGS. THE MARIJUANA HAD A WHITE POWDER ON THEM AND WERE WRAPPED IN LAYERS OF PLASTIC WRAPPINGS, DRYER SHEETS AND AN UNKNOWN LIQUID MASKING AGENT.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*Kelly E. C—*

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate

11/8/07
Date

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**